JORDAN S. ALTURA  (SBN:  209431)
jaltura@gordonrees.com
DAWN N. VALENTINE (SBN:  206486)
dvalentine@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

WILLIAM A. RESNECK (SBN: 48535)
Two Theater Square, Suite 234
Orinda, CA 94563
Telephone:  (925) 253-0500
Facsimile:   (925) 253-0502

Attorney for Plaintiff
MELINDA VEJMOLA

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA VEJMOLA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendants. | CASE NO.  C13-2897 CW<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1                                                                Case No. C13-2897 CW
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1   It is stipulated by and between the parties that the Case Management Conference
2   presently scheduled for September 25, 2013, at 2:00 p.m. be continued until after the mediation
3   has taken place.

5   Dated:  September 17, 2013			WILLIAM A. RESNECK

			By  /s/ William A. Resneck
				William A. Resneck
			Attorneys for Plaintiff
			MELINDA VEJMOLA

11  Dated:  September 17, 2013			GORDON & REES LLP

			By  /s/ Dawn N. Valentine
				Jordan S. Altura
				Dawn N. Valentine
			Attorneys for Defendant
			AETNA LIFE INSURANCE CO.

ATTESTATION OF E-FILED SIGNATURE

I, Dawn N. Valentine, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with Local Rule 5-1(i), I hereby attest that William A. Resneck, counsel for Plaintiff Melinda Vejmola, has concurred in this filing.

21  Dated:  September 12, 2013			GORDON & REES LLP

			By  /s/ Dawn N. Valentine
				Dawn N. Valentine
			Attorneys for Defendant
			AETNA LIFE INSURANCE CO.

26  / / /
27  / / /
28  / / /

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

**ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED.  **The case management conference is continued to 12/18/2013 at 2:00 p.m.  Case management statement is due 12/11/2013.**

Dated:  9/18/2013

_____
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1089452/16908113v.1

3                                      Case No. C13-2897 CW
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE