JORDAN S. ALTURA (SBN: 209431)
jaltura@gordonrees.com
DAWN N. VALENTINE (SBN: 206486)
dvalentine@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

WILLIAM A. RESNECK (SBN: 48535)
Two Theater Square, Suite 234
Orinda, CA 94563
Telephone: (925) 253-0500
Facsimile: (925) 253-0502

Attorney for Plaintiff
MELINDA VEJMOLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MELINDA VEJMOLA, | ) CASE NO. C13-2897 CW |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

1   Case No. C13-2897 CW
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

It is stipulated by and between the parties that the Case Management Conference presently scheduled for September 25, 2013, at 2:00 p.m. be continued until after the mediation has taken place.

Dated:  September 17, 2013				WILLIAM A. RESNECK


						By  /s/ William A. Resneck
							William A. Resneck
						Attorneys for Plaintiff
						MELINDA VEJMOLA



Dated:  September 17, 2013				GORDON & REES LLP


						By  /s/ Dawn N. Valentine
							Jordan S. Altura
							Dawn N. Valentine
						Attorneys for Defendant
						AETNA LIFE INSURANCE CO.


ATTESTATION OF E-FILED SIGNATURE

I, Dawn N. Valentine, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with Local Rule 5-1(i), I hereby attest that William A. Resneck, counsel for Plaintiff Melinda Vejmola, has concurred in this filing.


Dated:  September 12, 2013				GORDON & REES LLP



						By  /s/ Dawn N. Valentine
							Dawn N. Valentine
						Attorneys for Defendant
						AETNA LIFE INSURANCE CO.

/ / /

/ / /

/ / /

**ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED.  **The case management conference is continued to 12/18/2013 at 2:00 p.m.  Case management statement is due 12/11/2013.**

Dated:  9/18/2013

_____
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1089452/16908115v.1

3                           Case No. C13-2897 CW
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE