1  WILLIAM A. RESNECK, SBN 048535
   Attorney at Law
2  Two Theatre Square, Suite 234
3  Orinda, CA 94563
   Telephone:  (925) 253-0500
4  Facsimile:  (925) 253-0502
5  Waresneck@aol.com

6  Attorney for Plaintiff,
   MELINDA VEJMOLA
7

8  JORDAN S. ALTURA  (SBN:  209431)
   jaltura@gordonrees.com
9  DAWN N. VALENTINE (SBN:  206486)
   dvalentine@gordonrees.com
10 GORDON & REES LLP
   275 Battery Street, Suite 2000
11 San Francisco, CA  94111
   Telephone: (415) 986-5900
12 Facsimile:  (415) 986-8054

13 Attorneys for Defendant
14 AETNA LIFE INSURANCE COMPANY

15

16                    IN THE UNITED STATES DISTRICT COURT

17

18                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 MELINDA VEJMOLA,            )    CASE NO. C 13-2897 CW
21                             )
           Plaintiff,          )    STIPULATION FOR DISMISSAL OF
22                             )    ENTIRE ACTION WITH PREJUDICE,
23 vs.                         )    ORDER
                               )
24 AETNA LIFE INSURANCE        )
   COMPANY,                    )
25                             )
26         Defendants.         )

27

28

---

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
USDC NDCA Case #13-2897 CW        [PROPOSED] ORDER                               1

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Melinda Vejmola and defendant Aetna Life Insurance Company through their respective attorneys of record herein, that this entire action shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: January 16, 2014        Respectfully submitted,

                               WILLIAM A. RESNECK, ATTORNEY AT LAW

                               By _____/s/ William A. Resneck_____
                                       William A. Resneck
                                       Attorney for Plaintiff
                                       Melinda Vejmola


Dated: January 16, 2014        GORDON & REES LLP

                               By _____/s/ Jordan S. Altura_____
                                       Jordan S. Altura
                                       Attorneys for Defendant
                                       Aetna Life Insurance Company

<u>ORDER</u>

Based on the parties' stipulation, it is hereby ordered that this entire action is dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 1/17/2014

                               _____
                               HON. CLAUDIA WILKEN
                               UNITED STATES DISTRICT JUDGE